**Order entered January 31, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01158-CV

## IN THE INTEREST OF R.W. AND J.W., CHILDREN

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 89178**

## ORDER

Before the Court is appellant's January 28, 2022 motion seeking a one-day extension of time to file her brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on January 28, 2022, filed as of the date of this order.

/s/    BILL PEDERSEN, III
       JUSTICE